IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO. 3:04cr54-V

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| TIMOTHY LAVELLE LEAK - 1 | ) | |

**THIS MATTER** is before the Court upon Defendant's Motion for a Continuance from the 26 September 2005 term in the Charlotte Division.

For the reasons stated in Defendant's motions and upon a showing that Defendant's counsel has not had sufficient time within which to adequately prepare a defense in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the best interest of the public and the Defendant to a speedy trial.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to continue is **GRANTED** and this case is hereby continued from the September 2005 term in the Charlotte Division to the 21 November 2005 term in the Charlotte Division.

**Signed: September 28, 2005**

Richard L. Voorhees
United States District Judge